**Order filed November 2, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00439-CV
_____

## MONICA FARRIS, Appellant

## V.

## RUCHITA REAL ESTATE, LLC, Appellee

**On Appeal from County Court at Law No 6
Fort Bend County, Texas
Trial Court Cause No. 20-CCV-067924**

# O R D E R

Appellant's brief was due September 30, 2021. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **December 2, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot and Poissant.